NUMBER 13-07-00638-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

JEFFREY J. WEBB, Appellant,


v.



BRANDEE N. WEBB, Appellee.

 ____________________________________________________________


On appeal from the 156th District Court 


of San Patricio County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Garza and Benavides


Memorandum Opinion Per Curiam


 The appellant's brief in the above cause was due on December 17, 2007. On
January 30, 2008, the Clerk of the Court notified appellant that the brief had not been
timely filed and that the appeal was subject to dismissal for want of prosecution under
Texas Rule of Appellate Procedure 38.8(a)(1), unless within ten days from the date of
receipt of this letter, appellant reasonably explained the failure and the appellee was not
significantly injured by the appellant's failure to timely file a brief. Appellant has not
responded to this notice. Appellant has failed to either reasonably explain his failure to file
a brief, file a motion for extension of time to file his brief, or file his brief. 

 The Court, having considered the documents on file and appellant's failure to file
his brief, is of the opinion that the appeal should be dismissed. Accordingly, the appeal is
DISMISSED FOR WANT OF PROSECUTION. See Tex. R. App. P. 38.8(a), 42.3(b). 

 PER CURIAM


Memorandum Opinion delivered and 

filed this the 17th day of April, 2008.